IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY *v.* WILLIAM LOUNSBURY and others. — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Mem. by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EDWARD NEWCOMB, *as Receiver, etc., Respondents, v.* JOHN A. McCALL, JR., *as Superintendent, etc., Appellant.* — Order affirmed, with costs. Mem. by BOARDMAN, J.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, TO ACQUIRE LANDS OF JOHANNA PARR AND OTHERS. — Order affirmed, with costs. Mem. by BOARDMAN, J.; LEARNED, P. J., not sitting.

GEORGE R. ADAMS, *Respondent, v.* WILLIAM GOKEY, *Appellant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

CHARLES F. BOWEN, *Appellant, v.* ALBERT S. WILLOUGHBY and others, *Respondents.* — Judgment affirmed, with costs.